lessee was in nowise misled by the second notice and that it was only precautionary to protect the lessor should the first notice be held insufficient.

It is our view that the defendant in the instant case could not have been misled by the August 1947 notice. The appeal was still pending in this court. Defendant must have known it was not plaintiff's intention to abandon the appeal. Defendant should have known that the plaintiff was merely employing an expedient to save time should the appeal be in defendant's favor. *Ewing v. O'Malley*, 82 S. W. (Mo.) 1087.

We see no merit to defendant's contention that he did not receive a fair and impartial hearing because the plaintiff neither answered nor moved to strike. There was no reason to answer since the facts were admitted. The record does not show defendant objected to the court's consideration of the legal question in the absence of a motion to strike. We presume, therefore, that the defendant was agreeable to the procedure followed. We shall not, therefore, consider the contention.

For the reasons given the judgment is affirmed.

*Judgment affirmed.*

BURKE, P. J., and LEWE, J., concur.

William T. Winn et al., Appellants, v. Augusta Underwood per se, as Widow of Manfred Underwood, Deceased and Administratrix of Estate of Manfred Underwood, Deceased et al., Appellees.

Term No. 48F9.

120

opinion filed May 25, 1948; released for publication July 20, 1948. Grover E. Holmes and Clyde L. Flynn, Jr., for appellants; Bartley & Karber and Clyde A. Whiteside, for appellees. Opinion by JUSTICE SCHEINEMAN. Not to be published in full.

## Audrey Wilson Grissom, Appellee, v. Monte L. Goad, Appellant.

### Gen. No. 9,580.

opinion filed May 27, 1948; rehearing denied July 14, 1948; released for publication July 14, 1948. J. L. Sullivan and Mann & Stifler, for appellant; H. Ogden Brainard and Cotton, Massey & Nimz, for appellee. Opinion by PRESIDING JUSTICE WHEAT. Not to be published in full.

## Esther G. Perry, Appellant, v. Glen R. Pitman and Charles Kemp, Appellees.

### Gen No. 9,591.